

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| GERARDO OGAZ, | § | No. 08-19-00137-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Culberson County, Texas |
| State. | § | (TC# 1789) |
|  | § |  |

## **O R D E R**

Pending before the Court is a motion filed by Appellant's appointed counsel, James McDermott, to withdraw as counsel. The motion to withdraw is GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of Culberson County, Texas, on or before July 21, 2019. The Court requests that District Clerk provide this Court with a copy of the appointment order so that the Clerk of the Court can update the records for this appeal. The District Clerk shall include the order appointing counsel in the supplemental clerk's record which is due to be filed on August 10, 2019.

IT IS SO ORDERED this 1st day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.